IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 cr 104

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | |
| V | ) | **ORDER** |
| CARMICHAEL CORNILUS HILL, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Stanley D. Young's Application for Admission to Practice *Pro Hac Vice* of Monty Desai. It appearing that Monty Sesai is a member in good standing with the South Carolina State Bar and will be appearing with Stanley D. Young, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorneys seeking admission has been provided, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Application for Admission to Practice *Pro Hac Vice* (#16) is **GRANTED**, and that Monty Desai is **ADMITTED**

to practice, *pro hac vice*, before the Bar of this Court while associated with Stanley D. Young.

Signed: December 17, 2015

Dennis L. Howell
United States Magistrate Judge